**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**LAKE EOLA BUILDERS, LLC,**

      **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　　**Case No. 6:05-cv-346-Orl-31DAB**

**THE METROPOLITAN AT LAKE EOLA, LLC,**

      **Defendant.**

_____

## ORDER

Upon consideration of Defendant's Motion for Reconsideration of the Order Denying Summary Judgment (Doc. 110) and Lake Eola Builders' response (Doc. 112), it is

**ORDERED** that the Motion is DENIED.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on April 26, 2006.

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party