**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**LAKE EOLA BUILDERS, LLC,**

      **Plaintiff,**

-vs-                                                **Case No. 6:05-cv-346-Orl-31DAB**

**THE METROPOLITAN AT LAKE EOLA, LLC,**

      **Defendant.**
_____

## ORDER

Upon consideration of Metropolitan's Application for Interlocutory Appeal (Doc. 155) and Lake Eola Builder's Response (Doc. 161), it is

**ORDERED** that said Motion is DENIED as untimely and without merit.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on August 7, 2006.

                                                                   GREGORY A. PRESNELL
                                                      UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party