# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**LAKE EOLA BUILDERS, LLC,**

        **Plaintiff,**

**-vs-**                                         **Case No. 6:05-cv-346-Orl-31DAB**

**THE METROPOLITAN AT LAKE EOLA, LLC,**

        **Defendant.**

_____

**THE METROPOLITAN AT LAKE EOLA, LLC,**
**a foreign limited liability company,**

        **Counter-Plaintiff,**

**-vs-**

**LAKE EOLA BUILDERS, LLC, a Florida**
**limited liability company and GREAT**
**AMERICAN INSURANCE COMPANY, a**
**foreign corporation,**

        **Counter-Defendants.**

_____

## ORDER

Upon consideration of the Defendant's objections to Plaintiff's designations in the deposition of David Eichenblatt taken March 28, 2006, it is

**ORDERED** that as to the following designations, those objections are OVERRULED:

    Page 52, Line 20 - Page 57, Line 17

    Page 111, Line 6 - Page 113, Line 17

**DONE** and **ORDERED** in Chambers, Orlando, Florida on May 9, 2007.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party